**COM.**

v.

**ALEXANDER, K.**

**2216 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0702301–2002 (Philadelphia)

Affirmed

■

**COM.**

v.

**ROBINSON, H.**

**2434 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0009742–2015 (Philadelphia)

Affirmed

■

**COM.**

v.

**HAND, W.**

**2579 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0012187–2015 (Philadelphia)

Remanded Jurisdiction Retained

■

**COM.**

v.

**LEE, J.**

**2610 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0011788–2009, CP–51–CR–0011789–2009, CP–51–CR–0014002–2009 (Philadelphia)

Affirmed

■

**COM.**

v.

**BEY, F.**

**2966 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–09–CR–0006412–2015 (Bucks)

Affirmed